IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA   *
                           *
v.                         *    CR 118-071
                           *
ALPHONSO LORENZO BURLEY    *

O R D E R

Before the Court is the United States Government's motion to seal Exhibit A of its response to Defendant Alphonso Lorenzo Burley's motion for compassionate release.  Upon consideration, the motion to seal (doc. 91) is **GRANTED**.  The aforementioned exhibit shall remain sealed until further Order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of August, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA